### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, et. al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 12-242-MJR-DGW |
| Plaintiffs, | | |
| v. | | |
| SANDBERG PHOENIX & VON GONTARD, P. C., et.al. | | |
| Defendants. | | |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on June 28, 2013 we filed with the United States District Court for the Southern Dsitrct of Illinois, the attached **STIPULATION TO DISMISS ACTION AGAINST W. WYLIE BLAIR**, a copy of which is hereby served upon you.

Dated: June 28, 2013

                                                     Respectfully submitted,

                                                   COZEN O'CONNOR

                                                   s/ Tia C. Ghattas
                                                   Tia C. Ghattas

Tia C. Ghattas (ARDC# 6269818)
COZEN O'CONNOR
333 West Wacker Dr.
Suite 1900
Chicago, IL 60606
(312)-382-3100
tghattas@cozen.com

LEGAL\16843511\1                        1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Judge Michael G. Reagan |
| v. | ) ) | Case No. 3:12-cv-00242 |
| SANDBERG PHOENIX, et al. | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS ACTION

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that this action be dismissed with prejudice as to W. WYLIE BLAIR and without recovery of costs or attorneys' fees.

**ACE AMERICAN INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, Plaintiffs**

By: _____
One of their attorneys

Brian P. Flaherty
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Date: June 28, 2013

**W. WYLIE BLAIR, Defendant**

By: _____
One of his attorneys

Michael P. Tone
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603

Date: _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **STIPULATION TO DISMISS ACTION AGAINST W. WYLIE BLAIR** was filed electronically and served upon all counsel of record via the Court's ECF System this 28th day of June, 2013.

s/ Tia C. Ghattas