IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, et al. | ) ) ) |
| Plaintiffs, | ) ) Judge Michael G. Reagan |
| v. | ) ) Case No. 3:12-cv-00242 |
| SANDBERG PHOENIX, et al. | ) ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS ACTION

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that this action be dismissed with prejudice as to SANDBERG PHOENIX & VON GONTARD, P.C. and without recovery of costs or attorneys' fees.

**ACE AMERICAN INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, Plaintiffs**

By: _____
One of their attorneys

Brian P. Flaherty
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Date: _____

**SANDBERG PHOENIX & VON GONTARD, Defendant**

By: _____
One of its attorneys

Michael P. Tone
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603

Date: _____